```
UNITED STATES DISTRICT COURT                                            C/M
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
VIVIAN E. BURNS,                                            :
                                                            :
                            Plaintiff,                      :   **MEMORANDUM DECISION**
                                                            :   **AND ORDER**
            - against -                                     :
                                                            :   19-cv-1211 (BMC) (JO)
                                                            :
MEDGAR EVERS COLLEGE OF THE CITY                            :
UNIVERSITY OF NEW YORK (CUNY); MR.                          :
JOHNSTON, Counsel General to the President,                 :
                                                            :
                            Defendants.                     :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

Plaintiff, proceeding *pro se*, commenced this action against her employer alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act of 1990. By Order dated August 13, 2019, the Court dismissed the complaint but granted plaintiff leave to file an amended complaint within 20 days of the date of the Order. Plaintiff has not filed an amended complaint and the time for doing so has passed.

Accordingly, the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to enter judgment.

**SO ORDERED.**

                                                                                   U.S.D.J.

Dated: Brooklyn, New York
       September 25, 2019